DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN FERNALLD,**
Appellant,

v.

**ABB, INC., LEWIS NODDIN** and **LAURA NODDIN,**
Appellees.

No. 4D20-1441

[October 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE16-016854 (08).

Chris Kleppin of The Kleppin Firm, P.A., Plantation, for appellant.

Pedro J. Torres-Diaz of Jackson Lewis, P.C., Miami, and Ashley Tarragona of BT Law Group, PLLC, Miami, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

*Not final until disposition of timely filed motion for rehearing.*